AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
| v. | ) |
|  | ) Case No. 8:25MJ544 |
|  | ) |
|  | ) **SEALED** |
| FELIPE MALDONADO-PEREZ | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 7, 2025,** in the county of **Sarpy** in the
**_____** District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Aliens |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Lee, SA, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/7/2025

_____
*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>FELIPE MALDONADO-PEREZ,<br><br>           Defendant. | 8:25MJ544 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF FELIPE MALDONADO-PEREZ**

I, Mark Lee, being duly sworn, depose and state as follows:

### I.      INTRODUCTION

1.      I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately eighteen (18) years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office within ICE in Bloomington, Minnesota, for four (4) years. I have been employed by HSI since July 2007.

2.      I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 8 (Aliens and Nationality) of the United States Code (U.S.C.). I have received training and have experience relating to Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations involving the immigration and nationality laws of the of the United States. As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 (Crimes and

Criminal Procedure of the United States), and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. The information set forth in this affidavit is based on my personal knowledge, observations, and the review of documents and information obtained during this investigation. It is also based on information provided by other agencies who have participated in this investigation. Because this affidavit is for the limited purpose of establishing probable cause to support the issuance of an arrest warrant for Felipe MALDONADO-PEREZ, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning this investigation.

## II. APPLICABLE LAW AND DEFINITIONS

3. Title 8, United States Code, Section 1326(a), provides that any alien who:

(1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter;

(2) enters, attempts to enter, or is at any time found in, the United States, unless;

(A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or

(B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,

shall be fined under Title 18, or imprisoned not more than 2 years, or both.

### III.  FACTS ESTABLISHING PROBABLE CAUSE

4.  Your Affiant believes Manuel GARCIA is the owner of DOS DE OROS, a mobile food truck business in Omaha, Nebraska. Your Affiant has been investigating whether Manuel GARCIA, Guadalupe ACOSTA-MUNOZ (spouse of Manuel), Guadalupe GARCIA (mother of Manuel), Jesus Jose GARCIA (father of Manuel), Angel GARCIA (son of Manuel and Guadalupe ACOSTA), and other relatives are harboring and knowingly employing illegal aliens from Mexico and other foreign countries and obtaining their labor by force, fraud, or coercion to operate their business. An HSI investigation indicates the GARCIAs recruit undocumented foreign nationals primarily from the area around the family's hometown in Durango, Mexico, and pay for them to be smuggled to the U.S. to work at DOS DE OROS. The employees are responsible for paying back the smuggling fees from wages earned at DOS DE OROS. Employees typically live in houses owned by Manuel GARCIA and pay rent from wages earned at DOS DE OROS.

5.  Pursuant to the investigation of DOS DE OROS, your Affiant has identified multiple illegal alien employees at DOS DE OROS who have been previously deported from United States. One of these employees has been identified as Felipe MALDONADO-PEREZ.

6.  On October 7, 2025, Felipe MALDONADO-PEREZ was arrested for immigration violations after he was encountered at his residence in Bellevue, Nebraska, during the execution of a federal search warrant authorized by this Court related to the above-referenced investigation of the GARCIAs and DOS DE OROS.

7.  As part of this investigation, your Affiant reviewed the immigration file assigned to Felipe MALDONADO-PEREZ. MALDONADO-PEREZ is assigned immigration file number A208 995 684. The following biographical information is associated with the file:

      Name: Felipe MALDONADO-PEREZ
      DOB: 05/26/1987
      POB: Union Y Progreso, Rodeo, Durango, Mexico
      COC: Mexico

8.     Felipe MALDONADO-PEREZ is assigned FBI number 74P97T5K4. Your Affiant has reviewed the arrest record associated to this number, which shows an arrest by the CBP-OBP Station McAllen (U.S. Border Patrol, McAllen, TX) associated with immigration file number A208 995 684 on May 30, 2016, for alien inadmissibility under section 212 (INA).

9.     A review of immigration file number A208 995 684 shows Felipe MALDONADO-PEREZ illegally entered the United States near Hidalgo, TX, on May 26, 2016. The U.S. Border Patrol (USBP) encountered and arrested MALDONADO-PEREZ near Hidalgo, TX, on May 30, 2016. MALDONADO-PEREZ admitted to the USBP to being a citizen and national of Mexico and illegally entering the United States without proper legal documentation. The USBP determined MALDONADO-PEREZ was inadmissible to the United States under Section 212(a)(7)(A)(i)(I) of the U.S. Immigration and Nationality Act (INA), specifically an immigrant not in possession of valid entry documents required by the INA. On May 31, 2016, MALDONADO-PEREZ was ordered removed under Section 235(b)(1) of the INA and was removed to Mexico from the United States at Hidalgo, TX, on the same date.

10.     Additional review of immigration file number A208 995 684 has revealed that Felipe MALDONADO-PEREZ has not filed a DHS, U.S. Citizenship and Immigration Services (USCIS), Form I-212, Application for Permission to Reapply for Admission into the United States after Deportation or Removal. Additionally, in September 2025, your Affiant queried DHS immigration databases and indices, and there is no record of MALDONADO-PEREZ having ever applied for permission to legally re-enter the United States after his removal on May 31, 2016.

11. On October 7, 2025, Felipe MALDONADO-PEREZ's fingerprints were obtained by law enforcement officers pursuant to his arrest and submitted to DHS databases which revealed a match to FBI number 74P97T5K4 and immigration file number A208 995 684.

12. Title 8, United States Code, Section 1326(a) states an alien who has been removed or deported and thereafter enters or is at any time found in the United States without first obtaining the express consent of the Attorney General or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, shall be guilty of a felony.

13. Based on the foregoing information and my training and experience, there is probable cause to believe that Felipe MALDONADO-PEREZ is in violation of Title 8, United States Code, 1326(a)(1)(2).

Mark Lee
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations (HSI)

Sworn to before me by telephone or other reliable electronic means:

Date: October 7, 2025

City and State: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge